EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Florence.Nakakuni@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00196-01 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| JOHN EDWIN CAMBRA III, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses, without prejudice, the Indictment as to JOHN EDWIN CAMBRA III on the ground(s) that prosecution is declined at this time.

The defendant is not in custody on the dismissed charge(s) listed above.

DATED:   Honolulu, Hawaii, __3/01/07__.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES DISTRICT JUDGE

United States v. John Edwin Cambra III
Cr. No. 06-00196-01 DAE
Order for Dismissal